*Attorney General McInerney, Philip R. Monahan* and *Robert G. Maysack* for the United States. ▓▓▓▓▓

No. 219, Misc. Roy *v.* Louisiana. Supreme Court of Louisiana. Certiorari denied. ▓▓▓▓▓

No. 250, Misc. Turk *v.* Claudy, Warden. Supreme Court of Pennsylvania. Certiorari denied.

No. 257, Misc. Morris *v.* Claudy, Warden. Supreme Court of Pennsylvania. Certiorari denied.

No. 262, Misc. Hovermale *v.* California. Supreme Court of California. Certiorari denied.

No. 12, Original. United States *v.* Louisiana, 339 U. S. 699. The motion for leave to file a second petition for rehearing is denied. Mr. Justice Jackson and Mr. Justice Clark took no part in the consideration or decision of this application.

No. 13, Original. United States *v.* Texas, 339 U. S. 707. Rehearing denied. Mr. Justice Jackson and Mr. Justice Clark took no part in the consideration or decision of this application.

No. 5. Compagna et al. *v.* Hiatt, Warden, *ante,* p. 880. Rehearing denied. Mr. Justice Clark took no part in the consideration or decision of this application.

No. 322. Transamerica Corporation et al. *v.* Board of Governors of the Federal Reserve System; and
No. 323. Bank of America National Savings & Trust Association et al. *v.* Board of Governors of the Federal Reserve System, *ante,* p. 883. Rehearing denied.